[No. 48541-9-II.   Division Two.   February 14, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH JOHN BAZA, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 15-1-00874-7, Kevin D. Hull, J., entered November 16, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick and Sutton, JJ.

[No. 33247-1-III.   Division Three.   February 14, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE KYLE DEWEBER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 13-1-01132-1, Cameron Mitchell, J., entered March 4, 2015. *Affirmed in part* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J.; Korsmo, J., dissenting.

[No. 33697-2-III.   Division Three.   February 14, 2017.]

JUDITH MARGARITA REYES, *Individually and as Personal Representative*, ET AL., *Appellants*, v. YAKIMA HEALTH DISTRICT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 14-2-03342-6, Susan L. Hahn, J., entered July 15, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 33700-6-III.   Division Three.   February 14, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. TIM GARLAND KENDALL, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 14-1-01265-2, Carrie L. Runge, J., entered August 12, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway and Pennell, JJ.